IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD HROMEK, KIMBERLY HROMEK, and MICHAELLA PACK, Administrators of the Estate of Nicholas P. Hromek;<br>　　　　Plaintiffs<br><br>　　　v.<br><br>BOROUGH OF EXETER and CHIEF SCHLAGEL, Exeter Borough Police Department,<br>　　　　Defendants | No. 3:23cv549<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 17th day of September 2024 it is hereby

**ORDERED** as follows:

1) Defendant Chief Schlagel's motion to dismiss (Doc. 7) is **DENIED**;

2) Defendant Borough of Exeter's motion to dismiss (Doc. 8) is **GRANTED** in part with regard to Counts Three and Four.  Accordingly, Counts Three and Four are dismissed from the complaint.  The motion is **DENIED** in all other respects.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court